THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGINIA AULIN,<br><br>                    Plaintiff,<br><br>v.<br><br>BRADLEY W. KIRSCHNER, an individual; and HAGEN, KURTH, PERMAN & CO., P.S.,<br><br>                    Defendants. | No.: 2:22-cv-01818-RSL<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

## STIPULATION

Plaintiffs and Defendants by and through their respective counsel, stipulate and agree as follows:

1. On December 23, 2022, Defendants removed the subject action from the Superior Court of Washington for King County to this Court based on diversity jurisdiction under 28 U.S.C. § 1332(a).

2. Pursuant to 28 U.S.C. § 1441(b)(2), this action may not be removed on the basis of 28 U.S.C. 1332(a) because while the matter is between citizens of different states, parties in interest properly joined and served as defendants are citizens of the State in which the action was brought.. Accordingly, the parties through counsel of record stipulate to the remand of this case back to the State Court.

//

STIPULATION AND ORDER TO REMAND TO STATE
COURT - 1

DATED: January 24th, 2023.

| Attorneys for Plaintiff Virginia Aulin | Attorneys for Defendants: |
|---|---|
| CARNEY BADLEY SPELLMAN, P.S.<br><br>s/ Teva F. Sempel<br>Mark Rosencrantz, WSBA #26552<br>Teva F. Sempel, WSBA #54896<br><br>sempel@carneylaw.com<br>rose@carneylaw.com<br><br>Attorneys for Plaintiff | BULLIVANT HOUSER BAILEY PC<br><br>*/s/ Wilhelm Dingler*<br>Wilhelm Dingler, WSBA #13474<br>E-mail:wilhelm.dingler@bullivant.com<br>Antoine J. Smith, WSBA #57968<br>E-mail:antoine.smith@bullivant.com<br><br>Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED

Dated: January __25th__, 2023.

_____
Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER TO REMAND TO STATE COURT- 2